SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>   vs.<br><br>Ramon Guerrero, et al,<br><br>         Defendant | Case No. **2:12-cv-01713-WBS-CKD**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 12, 2012 FOR DEFENDANTS RAMON GUERRERO INDIVIDUALLY AND D/B/A TAQUERIA EL GRULLENSE AKA TAQUERIA EL GRULLENSE II D/B/A RESTAURANT EL GRULLENSE AKA RESTAURANT EL GRULLENSE II; SILVIA GUERRERO INDIVIDUALLY AND D/B/A TAQUERIA EL GRULLENSE AKAK TAQUERIA EL GRULLENSE II TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka Restaurant El Grullense II; Silvia Guerrero Individually and d/b/a Taqueria El

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Grullense aka Taqueria El Grullense II, by and through their respective attorneys of record, Scott N. Johnson; J. Anthony Abbott, stipulate as follows:

1. No extension of time has been previously obtained.

2. Defendants Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka Restaurant El Grullense II; Silvia Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II are granted an extension until November 12, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka Restaurant El Grullense II; Silvia Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II response will be due no later than November 12, 2012.

IT IS SO STIPULATED effective as of October 11, 2012

Dated:  October 11, 2012                J.Anthony Abbott
                                        _____
                                        J. Anthony Abbott,
                                        Attorney for Defendants
                                        Ramon Guerrero
                                        Individually and d/b/a
                                        Taqueria El Grullense
                                        aka Taqueria El
                                        Grullense II d/b/a
                                        Restaurant El Grullense
                                        aka Restaurant El
                                        Grullense II; Silvia
                                        Guerrero Individually
                                        and d/b/a Taqueria El
                                        Grullense aka Taqueria
                                        El Grullense II

Dated:  October 11, 2012                /s/Scott N. Johnson
                                        _____
                                        Scott N. Johnson,
                                        Attorney for Plaintiff

   **IT IS SO ORDERED:** that Defendants Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka Restaurant El Grullense II; Silvia Guerrero Individually

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

and d/b/a Taqueria El Grullense aka Taqueria El Grullense II shall have until November 13, 2012 to respond to complaint.

Dated: October 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE