```
Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson
```

# UNITED STATES DISTRICT COURT

# OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  v.<br><br>Ramon Guerrero, et al<br><br>    Defendants | Case No. **2:12-cv-01713-WBS-CKD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Alicia Guerrero With Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS SO ORDERED THAT Defendant, Alicia Guerrero, is hereby dismissed from the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). This case is to remain open with remaining Defendants.

Date: October 16, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-01713-WBS-CKD- 1