```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Ramon Guerrero, et al,<br><br>    Defendants | Case No. **2:12-cv-01713-WBS-CKD**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 12, 2012 FOR DEFENDANTS RAMON GUERRERO INDIVIDUALLY AND D/B/A TAQUERIA EL GRULLENSE AKA TAQUERIA EL GRULLENSE II D/B/A RESTAURANT EL GRULLENSE AKA RESTAURANT EL GRULLENSE II; SILVIA GUERRERO INDIVIDUALLY AND D/B/A TAQUERIA EL GRULLENSE AKAK TAQUERIA EL GRULLENSE II TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka Restaurant El Grullense II; Silvia Guerrero Individually and d/b/a Taqueria El

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Grullense aka Taqueria El Grullense II, by and through their respective attorneys of record, Scott N. Johnson; J. Anthony Abbott, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka Restaurant El Grullense II; Silvia Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II until November 12, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka Restaurant El Grullense II; Silvia Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II are granted an extension until December 12, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka

Restaurant El Grullense II; Silvia Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II response will be due no later than December 12, 2012.

IT IS SO STIPULATED effective as of November 13, 2012

Dated:  November 13, 2012             /s/J. Anthony Abbott_____

                                      J. Anthony Abbott,

                                      Attorney for Defendants

                                      Ramon Guerrero

                                      Individually and d/b/a

                                      Taqueria El Grullense

                                      aka Taqueria El

                                      Grullense II d/b/a

                                      Restaurant El Grullense

                                      aka Restaurant El

                                      Grullense II; Silvia

                                      Guerrero Individually

                                      and d/b/a Taqueria El

                                      Grullense aka Taqueria

                                      El Grullense II

Dated:   November 13, 2012           /s/Scott N. Johnson
                                      Scott N. Johnson,
                                      Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Ramon Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II d/b/a Restaurant El Grullense aka Restaurant El Grullense II; Silvia Guerrero Individually and d/b/a Taqueria El Grullense aka Taqueria El Grullense II shall have until December 12, 2012 to respond to complaint.

Dated: November 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE